## UNITED STATE DISTRICT COURT

## DISTRICT OF NEW HAMPSHIRE

**Van Thi Nguyen**                                  Case No. 12-cv-235-PB

      **v.**

**United States of America**

## O R D E R

The petitioner has failed to make a substantial showing of the denial of a constitutional right.  Accordingly, the court declines to issue a certificate of appealability.  See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

SO ORDERED.

                                       /s/Paul Barbadoro
                                         Paul Barbadoro
                                         United States District Judge

August 29, 2012

cc:  Van Thi Nguyen, pro se