UNITED STATE DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Van Thi Nguyen</u>                           Case No. 12-cv-235-PB

    v.

<u>United States of America</u>

### O R D E R

The petitioner has failed to make a substantial showing of the denial of a constitutional right.  Accordingly, the court declines to issue a certificate of appealability.  <u>See</u> 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

    SO ORDERED.

                                              /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

August 29, 2012

cc:  Van Thi Nguyen, pro se